UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAULA LEE BROWN,

              Plaintiff,         Case No.  06-15478

   v.                              District Judge Anna Diggs Taylor

                                   Magistrate Judge R. Steven Whalen

ENCOMPASS PROPERTY AND
CASUALTY COMPANY,

              Defendant.
_____/

## **ORDER DISMISSING MOTION**

Upon receiving a written request by Defendant withdrawing the Motions to Compel Signed Authorizations (filed 6/11/07 and 7/27/07) [docket # 14 and #15] and the same having been filed with the Court on August 9, 2007, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Defendant's Motions to Compel [#14 and #15) are hereby dismissed without prejudice.

                                        s/R. Steven Whalen
                                        R. STEVEN WHALEN
                                        UNITED STATES MAGISTRATE JUDGE

Dated: August 10, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the

attorneys and/or parties of record by electronic means or U.S. Mail on August 10, 2007.

                s/Gina Wilson
                Judicial Assistant